UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM COONROD,

    Plaintiff,

vs.

UNKNOWN SHERMAN, *et al.*,

    Defendants.
_____/

Case No. 1:16-cv-407

HONORABLE PAUL L. MALONEY

### ORDER DISMISSING DEFENDANT DR. HARESH PANDYA

This matter is now before the Court on *pro se* plaintiff's motion for voluntary dismissal of his action against Dr. Haresh Pandya (ECF No. 90), which is alleged in Count 20 of his complaint (ECF No. 1, PageID.36). Plaintiff's motion is unopposed. Because Dr. Pandya previously moved for summary judgment, plaintiff's motion is subject to Fed. R. Civ. P. 41(a)(2), which provides in pertinent part that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Accordingly, plaintiff's action against Dr. Pandya is **DISMISSED** without prejudice.

    **IT IS SO ORDERED.**

Dated: October 23, 2017            /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge