UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM LEE COONROD, #177732,<br>          Plaintiff,<br><br>-v-<br><br>UNKNOWN SHERMAN, et al.,<br>          Defendant. | No. 1:16-cv-407<br><br>Honorable Paul L. Maloney |

## JUDGMENT

Having granted Defendants' motions for summary judgment, all remaining claims have been dismissed. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date: October 5, 2018
                                                                                          /s/ Paul L. Maloney
                                                                                         Paul L. Maloney
                                                                                         United States District Judge